UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31964 |
|---|---|
| SUEZAN V. JOHNSON TYLER | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4045214**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 8 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 77.81 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2010

Certificate of Service                 06-31964

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

SUEZAN V. JOHNSON TYLER
1812 WOODWARD AVENUE
SPRINGFIELD, OH  45506

ANTHONY E KOHLER
210 N FOUNTAIN AVE
SPRINGFIELD, OH  45504

(8.1)
CAPITAL ONE
% TSYS DEBT MANAGEMENT
BOX 5155
NORCROSS, GA  30091

(22.1n)
GREGORY A STOUT
801 WEST JEFFERSON STREET
LOUISVILLE, KY  40202

(27.1n)
GREGORY A STOUT
REISENFELD & ASSOCIATES
3962 RED BANK RD
CINCINNATI, OH  45227

(28.1n)
PRA RECEIVABLES MANAGEMENT
BOX 41067
NORFOLK, VA  23541

(26.1n)
ROBERT D MCINTOSH
815 W MARKET ST #500
lOUISVILLE, KY  40202

(25.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201-5480

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       sv